**SOED**
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. FUNAI, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Telephone:     (702) 257-1997
Facsimile:      (702) 257-2203
lyoung@lgclawoffice.com
jfunai@lgclawoffice.com

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| LORI BRIDGES<br><br>        Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; DOES I through XX, and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>        Defendants. | CASE NO: 2:24-cv-00320-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 6, Fed. R. Civ. P. 26, LR 26-1 and LR 26-4, Plaintiff, LORI BRIDGES ("Plaintiff"), by and through her attorney of record, AUSTIN R. WOOD, ESQ. of the law firm RICHARD HARRIS LAW FIRM and Defendant, TARGET CORPORATION, by and through its attorneys of record, LOREN S. YOUNG, ESQ. and JULIE A. FUNAI, ESQ. of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, and hereby stipulate and agree to a sixty (60) day continuance of the current discovery deadlines to give the parties additional time to conduct discovery and discuss possible resolution.

**I.      DISCOVERY COMPLETED**

1. Plaintiff, LORI BRIDGES served her FRCP 26(a)(1) Initial List of Witnesses and Documents on March 12, 2024.

2. Defendant, TARGET CORPORATION served its FRCP 26(A)(1) Initial Disclosure on March 8, 2024.

3. Defendant, TARGET CORPORATION served their Objection to Plaintiffs Initial List of Witnesses and Documents on March 26, 2024.

4. Defendant, TARGET CORPORATION propounded its First Set of Interrogatories and Requests for Production of Documents to Plaintiff on March 12, 2024.

5. Plaintiff served her responses to Defendant TARGET CORPORATION First Set of Interrogatories and Requests for Production of Documents April 11, 2024.

6. Plaintiff, LORI BRIDGES propounded her First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Defendant TARGET CORPORATION on March 12, 2024.

7. Plaintiff, LORI BRIDGES served her First Supplement to FRCP 26(A)(1) Initial List of Witness and Documents on April 10, 2024.

8. Defendant served its responses to Plaintiff LORI BRIDGE's First Set of Interrogatories, Requests for Production of Documents and Requests for Admission on April 25, 2024.

9. Defendant TARGET CORPORATION served its First Supplemental Disclosures Pursuant to FRCP 26(a)(1) on April 25, 2024

10. Defendant TARGET CORPORATION served its Second Supplemental Disclosures Pursuant to FRCP 26(a)(1) on May 3, 2024.

## II.     DISCOVERY REMAINING TO BE COMPLETED

1. Deposition of Plaintiff LORI BRIDGES
2. Depositions of percipient witness
3. Depositions of FRCP 30(b)(6) witnesses
4. Expert witness depositions
5. Initial and Rebuttal Expert Disclosures
6. Additional written discovery as needed

## III.    REASONS WHY DISCOVERY SHOULD BE EXTENDED

The parties have been diligently engaged in discovery thus far and wish to engage in resolution discussions, including, but not limited to, a settlement conference. The parties wish to avoid unnecessary costs, fees and expenses in the interest of potential resolution, in light of completed

treatment and low damages. The parties are seeking a sixty (60) day continuance to allow the parties to discuss settlement, including exploring whether a settlement conference will be beneficial, and, if the efforts are unsuccessful, conducting the remaining discovery, including depositions and expert disclosures.

**PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

It is hereby stipulated that the discovery cutoff deadline be extended for a period of sixty (60) days. If approved, the new discovery deadlines would be modified as follows:

| EVENT DEADLINE | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Close of Discovery | 8/12/2024 | **10/11/2024** |
| Motions to Amend Pleadings | 5/14/2024 | **Closed** |
| Initial Expert Disclosures | 6/13/2024 | **8/12/2024** |
| Rebuttal Expert Disclosures | 7/12/2024 | **9/10/2024** |
| Dispositive Motions | 9/11/2024 | **11/10/2024** |
| Joint Pre-Trial Order | 10/11/2024 | **12/10/2024** |

**IT IS SO STIPULATED AND AGREED.**

DATED this 13th day of June, 2024.                    DATED this 13th day of June, 2024.

**LINCOLN, GUSTAFSON & CERCOS, LLP**          **RICHARD HARRIS LAW FIRM**

/s/ Loren S. Young                                              /s/ Austin Wood

**LOREN S. YOUNG, ESQ.**                                **AUSTIN WOOD, ESQ.**
Nevada Bar No. 7567                                           Nevada Bar No. 16026
**JULIE A. FUNAI, ESQ.**                                   801 South Fort Apache Street
Nevada Bar No. 8725                                           Las Vegas, Nevada 89101
7670 W. Lake Mead Blvd., Suite 200                   Attorneys of Plaintiff,
Las Vegas, Nevada 89128                                    LORI BRIDGES
Attorneys for Defendant,
TARGET CORPORATION

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: June 14, 2024

-3-

| | |
|---|---|
| **From:** | Austin Wood |
| **To:** | Cheryl Giammona; Alejandra Jimenez |
| **Cc:** | Julie Funai; Kimberly Glad |
| **Subject:** | RE: Bridges v. Target / SOED |
| **Date:** | Thursday, June 13, 2024 5:00:55 PM |

You may affix my e-signature to the attached stipulation.

Best,

**Austin Wood**
Lawyer - Partner



Las Vegas
801 South 4th Street
Las Vegas NV 89101
Ph. (702) 444-4444 x 138

Reno
6900 S. McCarran Blvd., #1010
Reno NV 89509
Ph. (775) 222-2222

*Please read the Legal Disclaimer that governs this email and any attachments.*

---

**From:** Cheryl Giammona <CGiammona@lgclawoffice.com>
**Sent:** Thursday, June 13, 2024 4:51 PM
**To:** Austin Wood <austin@richardharrislaw.com>; Alejandra Jimenez <ajimenez@richardharrislaw.com>
**Cc:** Julie Funai <JFunai@lgclawoffice.com>; Kimberly Glad <KGlad@lgclawoffice.com>
**Subject:** Bridges v. Target / SOED

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Austin,

Attached please find the Stipulation and Order to Extend Discovery for you review. Please add any redlines if necessary or if we can provide your electronic signature.

Thank you!

**Cheryl Giammona**
*Legal Assistant to*
**Loren S. Young, Esq. – Managing Partner**
**Karissa K. Mack, Esq. – Partner**
**LINCOLN, GUSTAFSON & CERCOS LLP**
**Experience.  Integrity.  Results.**

**California     Nevada     Arizona**

| | | |
|---|---|---|
| 101 West Broadway, Suite 1600<br>San Diego, California 92101<br>619.233.1150; 619.233.6949 Fax | 7670 W Lake Mead Blvd, Suite 200<br>Las Vegas, Nevada 89128<br>702.257.1997; 702.257.2203 Fax | 2415 E. Camelback Rd., Suite 700<br>Phoenix, Arizona 85016<br>602.606.5735; 602.508.6099 Fax |

[www.lgclawoffice.com](www.lgclawoffice.com)

**The information contained in the text (and attachments) of this e-mail is privileged, confidential and only intended for the addressee(s). Nothing in this email or attachments is intended as tax advice and must not be relied upon in that regard.  Please consult your tax advisors.  You are not authorized to forward this email or attachments to anyone without the express written consent of the sender.**