1  **LOREN S. YOUNG, ESQ.**
   Nevada Bar No. 7567
2  **JULIE A. FUNAI, ESQ.**
   Nevada Bar No. 8725
3  **LINCOLN, GUSTAFSON & CERCOS, LLP**
   *ATTORNEYS AT LAW*
4  7670 W. Lake Mead Blvd., Suite 200
   Las Vegas, Nevada 89128
5  Telephone:   (702) 257-1997
   Facsimile:    (702) 257-2203
6  lyoung@lgclawoffice.com
   jfunai@lgclawoffice.com
7
   Attorneys for Defendant, TARGET CORPORATION
8

                UNITED STATES DISTRICT COURT

                   CLARK COUNTY, NEVADA

| LORI BRIDGES | CASE NO: 2:24-cv-00320-RFB-BNW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DIMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| TARGET CORPORATION; DOES I through XX, and ROE BUSINESS ENTITIES I through XX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, LORI BRIDGES, by and thorough her attorney of record, AUSTIN WOOD, ESQ. of RICHARD HARRIS LAW FIRM; and Defendant, TARGET CORPORATION, by and through its attorney of record, LOREN S. YOUNG, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

*Bridges v. Target*
Case No.: *2:24-cv-00320-RFB-BNW*

LORI BRIDGES' Complaint, as well as all cross-claims, counter-claims, or other related claims, are hereby dismissed as to all parties, with prejudice, each party to bear their attorney's fees and costs.

DATED this 6th day of ~~December~~ January, 2025.        DATED this 3rd day of ~~December~~ January, 2024.

**LINCOLN, GUSTAFSON & CERCOS, LLP**        **RICHARD HARRIS LAW FIRM**

/s/                                                                              /s/

**LOREN S. YOUNG, ESQ.**                                        **AUSTIN WOOD, ESQ.**
Nevada Bar No. 7567                                                Nevada Bar No. 16026
**JULIE A. FUNAI, ESQ.**                                          801 South Fort Apache Street
Nevada Bar No. 8725                                                Las Vegas, Nevada 89101
7670 W. Lake Mead Blvd., Suite 200                      Attorneys of Plaintiff,
Las Vegas, Nevada 89128                                        LORI BRIDGES
Attorneys for Defendant,
TARGET CORPORATION

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:        Janurary 7, 2025

-2-